**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone     (310) 203-2242**
**Facsimile     (310) 203-2287**

**Attorney For Plaintiff(s)**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINA NABIL FARES BASTA, MINA ESMAT HELMY BOUTROUS | Case No.:      5:24-cv-2671 |
| Plaintiff(s), | **COMPLAINT FOR:** |
| vs. | **1)  DECLARATORY** |
| | **     AND INJUNCTIVE RELIEF** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10, | **2) WRIT IN THE NATURE OF** **     IMMIGRATION MANDAMUS** |
| Defendants. | |

By and through her undersigned counsel, Plaintiffs; MARTINA NABIL FARES BASTA and MINA ESMAT HELMY BOUTROUS ("Plaintiff(s)") brings this action, individually or derivatively on behalf of MARTINA NABIL FARES BASTA.

1

## **<u>INTRODUCTION</u>**

1. This action is brought by Plaintiff(s) Martina Nabil Fares Basta and her derivative spouse Mina Esmat Helmy Boutrous, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of July 09, 2020 and which has still not been called for an interview.

2. On March 16, 2020, Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous came to the United States on non-immigrant visa and have stayed in the US ever since. On July 08, 2020, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the Texas Service Center. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal; Exhibit B: I-589 Receipt Notice)**. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous sought asylum in the United States of America based well-founded fear of returning to Egypt on account of their religious faith as Coptic Orthodox Christians.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous to present themselves for biometric inspection at a designated USCIS Application Support Center on November 06, 2020. *See* **(EXHIBIT C: I-797 Notice of Action- Fingerprint Notifications).** Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous did appear at the designated Application Support Center on November 06, 2020 and provided their biometric information.

4. After providing their biometric information, Plaintiffs moved to the Los Angeles area and their case which was subsequently assigned for processing and adjudication to Defendant Los Angeles Asylum Office. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous had made numerous attempts to try to expedite their interview by contacting the Asylum Office whether at the New Jersey office or the Los Angeles office with no avail. **However, all their requests to expedite the interview were denied.** *See* **(EXHIBIT D: The inquiry records between Plaintiff(s) and Asylum Offices).**

5. After Plaintiff(s) made multiple inquiries to expedite their case, neither Defendant USCIS nor Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. The Plaintiff(s) have been waiting over 4 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

6. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 4 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

7. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous are citizens of Egypt. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous came to the United States on non-immigrant visa on March 16, 2020. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on July 09, 2020.

8. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

9. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

10. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

11. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

12. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in

4

his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

13. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

14. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

15. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

16. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

17. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

18. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

19. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, no balancing of factors is required or permitted."

6

## VENUE

20. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Corona, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

21. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous received their notification to process their biometric information, Plaintiff(s) have sent multiple inquiries to Asylum Office and received no clear correspondence or communication from Defendant USCIS nor Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) have been waiting over 4 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

22. Pursuant to 8 U.S.C §1158, Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous filed an application for Asylum and Withholding of Removal on July 09, 2020.

23. Since filing their Application, Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous, therefore, have no way of knowing how much longer the scheduling process will take.

24. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

25. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

26. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 4 years since Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

27. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

28. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

29. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

**CLAIM FOR RELIEF**

30. Plaintiffs' claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 29, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

31. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for over 4 years. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her husband can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff and her derivative spouse are enduring significant psychological trauma.

   b. The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her spouse will be persecuted on account of their religious faith as Coptic Orthodox Christian.

32. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

34. Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

## **PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

   b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

   c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

   d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Martina Nabil Fares Basta and derivative spouse Mina Esmat Helmy Boutrous' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.


Dated: December 19, 2024

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS MARTINA NABIL FARES BASTA ET AL. V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                                          **PAGES**

**A.** I-589 Application for Asylum and Declaration.............................................................. 1

**B.** I-589 Asylum Receipt Notice................................................................................16

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)................................. 17

**D.** The inquiry records between Plaintiff(s) and the Asylum Offices regarding her pending Asylum Interview.........................................................................................19

# Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 09/30/2022

**I-589, Application for Asylum and for Withholding of Removal**

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☐ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

**1.** Alien Registration Number(s) (A-Number) *(if any)*
None

**2.** U.S. Social Security Number *(if any)*
None

**3.** USCIS Online Account Number *(if any)*
None

**4.** Complete Last Name
BASTA

**5.** First Name
Martina

**6.** Middle Name
Nabil Fares

**7.** What other names have you used *(include maiden name and aliases)?*
None

**8.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name | | Apt. Number |
| 802 Avenue C | | |

| City | State | Zip Code | Telephone Number |
| Bayonne | NJ | 07002 | ( 5 5 1 ) 2 9 7 - 5 5 4 8 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable)*: | Telephone Number |
| SAME AS ABOVE | ( ) |

| Street Number and Name | | Apt. Number |
| | | |

| City | State | Zip Code |
| | | |

**10.** Gender: ☐ Male  ☒ Female
**11.** Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

**12.** Date of Birth *(mm/dd/yyyy)*
08/15/1995

**13.** City and Country of Birth
Alexandria, Egypt

**14.** Present Nationality *(Citizenship)*
Egyptian

**15.** Nationality at Birth
Egyptian

**16.** Race, Ethnic, or Tribal Group
White/ Coptic

**17.** Religion
Christian/ Orthodox

**18.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.  **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 03/16/2020  **b.** What is your current I-94 Number, if any? 529924331A2

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date 03/16/2020 | Place MIAMI, FL | Status F-2 | Date Status Expires 08/30/2021 |
| Date None | Place None | Status None | |
| Date None | Place None | Status None | |

**20.** What country issued your last passport or travel document?
Egypt

**21.** Passport Number A24231476
Travel Document Number None

**22.** Expiration Date *(mm/dd/yyyy)*
01/15/2026

**23.** What is your native language *(include dialect, if applicable)?*
Arabic

**24.** Are you fluent in English? ☒ Yes  ☐ No

**25.** What other languages do you speak fluently?
None

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____  Asylum Officer ID No.: _____ | Decision: _____ Approval Date: _____ Denial Date: _____ Referral Date: _____ |

**1**

## Part A.II. Information About Your Spouse and Children

**Your spouse**  ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* <br> None | 2. Passport/ID Card Number *(if any)* <br> A24231391 | 3. Date of Birth *(mm/dd/yyyy)* <br> 06/25/1991 | 4. U.S. Social Security Number *(if any)* <br> 653 33 8298 |
|---|---|---|---|
| 5. Complete Last Name <br> Boutrous | 6. First Name <br> Mina | 7. Middle Name <br> Esmat Helmy | 8. Other names used *(include maiden name and aliases)* <br> None |

| 9. Date of Marriage *(mm/dd/yyyy)* <br> 08/04/2018 | 10. Place of Marriage <br> Alexandria, Egypt | 11. City and Country of Birth <br> Alexandria, Egypt |
|---|---|---|

| 12. Nationality *(Citizenship)* <br> Egyptian | 13. Race, Ethnic, or Tribal Group <br> White/ Coptic | 14. Gender <br> ☒ Male    ☐ Female |
|---|---|---|

**15.** Is this person in the U.S.?

☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. <br> Miami, FL | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* <br> 01/03/2020 | 18. I-94 Number *(if any)* <br> 424506500A2 | 19. Status when last admitted *(Visa type, if any)* <br> F-1 |
|---|---|---|---|
| 20. What is your spouse's current status? <br> F-1 | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* <br> 08/30/2021 | 22. Is your spouse in Immigration Court proceedings? <br> ☐ Yes   ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* <br> N/A |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☒ I do not have any children. *(Skip to Part A.III., **Information about your background.**)*

☐ I have children.    Total number of children: _____

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender <br> ☐ Male   ☐ Female |

**13.** Is this child in the U.S. ?    ☐ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? <br> ☐ Yes   ☐ No |  |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**3**

## Part A.III. Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)* **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 17 Mahmoud Shoukry | Alexandria | Alexandria | Egypt | 08/1995 | 03/2020 |
| None | None | None | None | None | None |

**2.** Provide the following information about your residences during the past 5 years. List your present address first. **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 802 Avenue C | Bayonne | NJ | USA | 06/2020 | Present |
| 1704 Therrell Farms | Waxhaw | NC | USA | 04/2020 | 06/2020 |
| 118 44th Street NW | Miami | Florida | USA | 03/2020 | 04/2020 |
| 17 Mahmoud Shoukry | Alexandria | Alexandria | Egypt | 08/1995 | 03/2020 |
| None | None | None | None | None | None |

**3.** Provide the following information about your education, beginning with the most recent school that you attended. **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Alexandria University | Faculty of Dentistry | Alexandria, Egypt | 10/2013 | 07/2018 |
| Taymour English School | High School | Alexandria, Egypt | 09/2010 | 06/2013 |
| Morcossia Language School | Middle School | Alexandria, Egypt | 09/1999 | 06/2010 |
| None | None | None | None | None |

**4.** Provide the following information about your employment during the past 5 years. List your present employment first. **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Air Arabia, Cairo, Egypt | Flight Attendant | 09/2019 | 03/2020 |
| Internship of Dentistry | Intership Dentist | 10/2018 | 09/2019 |
| None | None | None | None |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased. **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Afaf Poctor Gaber | Sohag, Egypt | ☐ Deceased Alexandria, Egypt |
| *Father* Nabil Fares Basta | Alexandria, Egypt | ☐ Deceased Alexandria, Egypt |
| *Sibling* Monica Nabil Fares Basta | Alexandria, Egypt | ☐ Deceased Alexandria, Egypt |
| *Sibling* Abanoub Nabil Fares Basta | Alexandria, Egypt | ☐ Deceased Alexandria, Egypt |
| *Sibling* None | None | ☐ Deceased None |
| *Sibling* None | None | ☐ Deceased None |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below:

   I am seeking asylum or withholding of removal based on:

   | | |
   |---|---|
   | ☐ Race | ☒ Political opinion |
   | ☒ Religion | ☒ Membership in a particular social group |
   | ☐ Nationality | ☐ Torture Convention |

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No          ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   > Please see attached addendum # 1-A.

B. Do you fear harm or mistreatment if you return to your home country?

   ☐ No          ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   > Please see attached addendum # 1-A.

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

[X] No          [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

```




```

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[ ] No          [X] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

```
Please see attached addendum # 1-A.



```

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[ ] No          [X] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

```
My husband and I have been members of the Coptic Orthodox church in the U.S.



```

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No          [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

```
Please see attached addendum # 1-A.



```

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [X] No          [ ] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [ ] No          [X] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [X] No          [ ] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   2.A. My husband and I flew from Egypt to the United States with a transit in Turkey.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No          [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

[X] No          [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

[X] No          [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

[X] No          [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

**8**

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| BASTA, Martina Nabil Fares | مارتينا نبيل فارس بسطا |

Did your spouse, parent, or child(ren) assist you in completing this application? [X] No   [ ] Yes *(If "Yes," list the name and relationship.)*

| _____ | _____ | _____ | _____ |
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?   [ ] No   [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   [ ] No   [X] Yes

Signature of Applicant *(The person in Part. A.I.)*
[ *Martina Basta* ]
Sign your name so it all appears within the brackets

Date *(mm/dd/yyyy)*   07 / 08 / 2020

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | Frenkel, Hershkowitz & Shafran LLP. |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 2 1 2 ) 6 7 9 4 6 6 6 | 49 West 37th Street |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 9th Floor | New York | NY | 10018 |

| To be completed by an attorney or accredited representative (if any). | [X] Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

Martina BASTA

Part B.

1A.   I am a female, Coptic Orthodox Christian from Egypt, and a dentist by training, and I seek asylum in the United States because of my fear of remaining in my country amidst the ever-present violence and hostility directed against members of my community.

Apart from the pervasive discrimination and verbal and sexual harassment that I experienced as a Coptic woman on a regular basis, I wish to mention one traumatizing incident that occurred to me as a young girl when I was about 12 years of age. While walking with my mom and my older sister, a Muslim man approached us on the street and began cursing my mother [on account of our Christian faith and immodest attire] and then grabbed my mother's blouse and tired to rip it off her. I was terrified and began crying, but fortunately my father [who had been parking the car] heard the commotion and came to our aid, causing the assailant to flee.

In addition, a very tragic event happened to my husband's grandfather, Noshy Atta, a number of years ago [March 2006] that made the national headlines. As he was attending religious services, a Muslim terrorist broke into the church, armed with a large sword and while shouting "*Allah akbar*" stabbed him to death. Later, the culprit was acquitted of any wrongdoing and set free, on the grounds that he was simply "crazy."

**11**

While Christians have always been relegated to second-class status in Egypt, following the overthrow of President Morsi by Abdel Fatah el Sisi in the summer of 2013, Muslim extremists began systematically attacking Christians in retaliation for our Pope's support of the new government. Since then, a week does not pass without violence being perpetrated against members of our community. [Reliable evidence indicates that for the past six years there have been approximately 6 violent attacks against Christians each month!]

Apart from the pattern of retaliatory attacks against Copts by local Muslim extremists, for the past four years ISIS has also engaged in horrific violence against members of our community.

In early 2015, the Islamic State began to infiltrate Egypt [after destroying much of the Christian communities of Syria and Iraq] and issued a declaration of intent to exterminate the entire Coptic Christian community in Egypt. Soon thereafter, terrorists affiliated with ISIS committed a brutal massacre in Libya in which 21 Copts were beheaded en mass.

The following year, in December 2016, ISIS attacked the second largest cathedral in Cairo, [Saint Peter] killing 29 worshipers.

**12**

Four months later, ISIS struck again, attacking two churches on Palm Sunday April 9, 2017, bombing two churches [in Tanta and Alexandria] killing scores of worshipers and injuring hundreds more.

Following that attack, ISIS struck again the following month on May 26, 2017, in which gunmen aligned Islamic State hijacked a bus in Minya filled with Coptic pilgrims on their way to a Christian monastery where they shot and killed 28 of the passengers in cold blood.

In October 2017, a well-known Coptic priest, Father Saaman Shehata, was stabbed to death in broad daylight, for which ISIS took credit, and on [December 29, 2017] nine persons [mostly Christians] were killed when a Muslim terrorist affiliated with ISIS attempted to attack a Coptic church in Helwan. Again, in November 2, 2018 ISIS took responsibility for a second bus hijacking in Menia that left 7 Christians dead and many injured.

ISIS has already systematically wiped out most of the Christian population in Northern Sinai, where they are still very active. [As recently as July 26, 2019, ISIS killed 8 policemen in that region.]

Despite the prolonged pattern of violence directed against Copts described above, it was still very hard for me to leave my parents, my siblings, my very active involvement in church and to abandon my career in medicine. However, because

**13**

of the continuing violence directing against members of my community, coupled
with the rise in attacks and kidnappings against Copts, I decided to abandon my
life in Egypt and seek asylum in America as I could no longer bear living in
continual fear and anxiety.

For all of the above reasons, I plead with the government to grant my application
for asylum.

**14**

<u>Respondent's Attestation Regarding the Accuracy of Form I-589, Application for Asylum and For Withholding of Removal</u>

All the contents of my asylum application have been reviewed by me and read back to me in my native language and I affirm that everything contained therein is true, complete and correct to the best of my recollection. I further understand that any false statement in my application may result in my case being denied, and my being permanently barred from any immigration benefits. Accordingly, I authorize my attorney, David Barnett, to proceed with the filing of my application.

شهادة مقدم الطلب
بشأن دقة نموذج طلب اللجوء I-589 ووقف الترحيل

قد استعرضت جميع محتويات طلب لجوئي من قبلي وتمت قراءته لي بلغتي الأصلية وأؤكد أن كل ما ورد فيه صحيحا وكاملا و صادق إلى أفضل ما أتذكره. و انا أدرك أيضا أن أي بيان كاذب في طلبي قد يؤدي إلى رفض قضيتي، ومنعني بشكل دائم من أي مزايا الهجرة لذلك أسمح إلى محامي ديفيد بارنيت باتخاذ الإجراءات اللازمة لاستكمال طلبي

_Marita Batta_                          _07/08/2020_

Name:                                   Date:

**15**

Exhibit B

# THE UNITED STATES OF AMERICA

**I-797 | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>ZNK2045564100 | | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|---|
| Received Date<br>07/09/2020 | Priority Date | | Applicant  A216 743 874<br>BASTA, MARTINA NABIL FARES |
| Notice Date<br>08/05/2020 | Page<br>1 of 1 | | |

MARTINA BASTA
802 AVENUE C
BAYONNE NJ  07002

**Notice Type:** Receipt Notice

### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 07/09/2020. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

Alien Number       Name
A216 743 874       BASTA, MARTINA

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Newark Asylum Office
U. S. CITIZENSHIP & IMMIGRATION SVC
1200 Wall Street West, Fourth Floor
Lyndhurst NJ 07071

**USCIS Contact Center: www.uscis.gov/contactcenter**



**16**

FORM I-797 [REV. 08/01/16]

Exhibit C



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZNK2045564100 | | | NOTICE DATE 10/14/2020 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A216 743 874 | CODE 3 |



MARTINA NABIL FARES BASTA
802 AVENUE C
BAYONNE NJ 07002

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS ELIZABETH | DATE AND TIME OF APPOINTMENT |
| 285 N Broad Street | 11/06/2020 |
| Elizabeth NJ 07208 | 09:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/ addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.



APPLICATION NUMBER
I589 - ZNK2045564100

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY: _____ ON NOV 0 6 2020
TENPRINTS QA REVIEW BY: _____ ON NOV 0 6 2020

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**17**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZNK2045564110 | | | NOTICE DATE 10/14/2020 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A216 743 875 | CODE 3 |

MINA ESMAT HELMY BOUTROUS
802 AVENUE C
BAYONNE NJ 07002



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS ELIZABETH | DATE AND TIME OF APPOINTMENT |
| 285 N Broad Street | 11/06/2020 |
| Elizabeth NJ 07208 | 09:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You <u>must</u> notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you <u>must</u> also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

❑ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.



APPLICATION NUMBER
I589 - ZNK2045564110

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**18**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

Exhibit D

U.S. Department of Homeland Security
Newark Asylum Office
Gateway 3
100 Mulberry Street, Suite 199
Newark, NJ 07102



U.S. Citizenship
and Immigration
Services

BASTA, MARTINA                                          **January 28, 2022**
802 AVENUE C
BAYONNE, NJ 07002

RE:    **BASTA, MARTINA    A216743874**

**Denial of Expedited Interview Request**

Dear Ms. BASTA, MARTINA:

This letter refers to your request for an expedited interview filed with the Newark Asylum Office on 01/24/2022.

We have reviewed your request and regret to inform you that your request is denied. Your case will be scheduled following our regular scheduling priorities. If there are any changes in your circumstances, or if you would like to submit a new request, please feel free to contact us at any time.

**Short-Notice Interview Policy**

From time-to-time, interview appointments become available after the normal notice period has elapsed. In order to fill these interview slots, applicants may request to be contacted for an interview on short notice. As per your previous request, you have been added to the short-notice list. By being placed on the "short-notice list", you agree to be contacted via phone to offer you an interview appointment on short-notice and to waive the 21 day notification requirement. You also agree to notify your attorney that you have been added to this list. Finally, you agree to appear for an interview when contacted, and understand that if you are unavailable at that time, you will be removed from the "short-notice list" and your case will be scheduled following our regular scheduling priorities.

Sincerely,

(for) Susan Raufer
Director,
Newark Asylum Office

cc:    DAVID BARNETT
       49 WEST 37TH STREET
       9TH FLOOR
       NEW YORK, NY 10018

**19**



**U.S. Department of Homeland Security**
Newark Asylum Office
Gateway 3
100 Mulberry Street, Suite 199
Newark, NJ 07102

**U.S. Citizenship
and Immigration
Services**

**BASTA, MARTINA**                                             **January 24, 2022**
**802 AVENUE C**
**BAYONNE, NJ 07002**

RE:    **BASTA, MARTINA    A216743874**

**Denial of Expedited Interview Request**

Dear Ms. BASTA, MARTINA:

This letter refers to your request for an expedited interview filed with the Newark Asylum Office on 01/17/2022.

We have reviewed your request and regret to inform you that your request is denied. Your case will be scheduled following our regular scheduling priorities. If there are any changes in your circumstances, or if you would like to submit a new request, please feel free to contact us at any time.

**Short-Notice Interview Policy**

From time-to-time, interview appointments become available after the normal notice period has elapsed. In order to fill these interview slots, applicants may request to be contacted for an interview on short notice. As per your previous request, you have been added to the short-notice list. By being placed on the "short-notice list", you agree to be contacted via phone to offer you an interview appointment on short-notice and to waive the 21 day notification requirement. You also agree to notify your attorney that you have been added to this list. Finally, you agree to appear for an interview when contacted, and understand that if you are unavailable at that time, you will be removed from the "short-notice list" and your case will be scheduled following our regular scheduling priorities.

Sincerely,

(for) Susan Raufer
Director,
Newark Asylum Office

cc:    DAVID BARNETT
       49 WEST 37TH STREET
       9TH FLOOR
       NEW YORK, NY 10018

**20**

 Gmail

**Martina Basta <martina.nabil158@gmail.com>**

## FW: Congressional Inquiry Response
1 message

**Casework (Booker)** <Casework@booker.senate.gov>                              Fri, Jul 15, 2022 at 8:53 AM
To: "martina.nabil158@gmail.com" <martina.nabil158@gmail.com>

Good Morning Martina,

Please see below the response we received from USCIS. Your case is pending at the Newark Asylum office, however if you would like to be added to USCIS' short list they have included details on how to do so. Additionally, they also provided details on where to submit for an urgent request for expedite.

If you have any questions or need any further assistant, please do not hesitate to follow up with our office.

Thank you,

Rhea

**Constituent Services Team**

**Office of U.S. Senator Cory A. Booker**

**One Gateway Center, 23ʳᵈ Floor**

**Newark, NJ 07102**

**Phone (973) 639-8700 – Fax (202) 224-5702**

casework@booker.senate.gov

**From:** Congressional

**Sent:** Friday, July 15, 2022 8:42 AM
**To:** Booker
**Subject:** Congressional Inquiry Response

Thank you for your June 16, 2022 email on behalf of your constituent, Martina Basta regarding Form I-589, *Application for Asylum and Withholding of Removal*.

**21**

U.S. Citizenship and Immigration Services (USCIS) records confirm that your constituent's case is pending an asylum interview at our Newark Asylum Office.

Please note that your constituent may contact us at our email address: newarkasylumofficemailbox@uscis.dhs.gov if they choose to be added to the short notice list. By doing so, your constituent agrees to be contacted by our office within 24 hours of the interview and waive the 21-day notification requirement. Your constituent also agrees to notify their attorney that they have been added to this list. Finally, your constituent agrees to appear for an interview when contacted, and understand that if they are unavailable at that time, they will be removed from the short-notice list.

Your constituent may also contact us in writing if they would like to make an urgent request for an expedited interview for medical, humanitarian, or other reasons. Your constituent must submit documentation that supports their claim for an extreme emergent need.

The documents may include:

-A letter written by the attending physician that describes the patient's current condition, diagnosis, and prognosis.

-A letter written and signed by you that explains why your application or petition should be expeditiously processed.

-Police Reports

-Country Conditions

-Any other information you feel will support your request for expedited processing.

-If your constituent submits a document in any language other than English, it must be completely translated. The translator must certify that the translation is accurate and that he or she is competent to translate. Your constituent must submit the requested foreign language document along with the translation.

If your constituent chooses to mail their response, they should attach a copy of this notice to their response and mail it to the following address:

USCIS Newark Asylum Office

ATTN: Expedited Request

Gateway 3

100 Mulberry Street, Suite 199

Newark, NJ 07102

If your constituent chooses to email their response, they should attach a copy of this notice to their response and email it to: NewarkAsylumOfficeMailbox@uscis.dhs.gov and be sure to include the A number in the subject line and ATTN Expedited Request.

We hope this information is helpful. If we may be of further assistance, please let us know!    **22**

Sincerely,


Hernan

Congressional Liaison

Office of Legislative and Intergovernmental Affairs

U.S. Citizenship and Immigration Services



**CONFIDENTIALITY: This e-mail (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.**

ref:_00DG0hO5S._500t0000010MRII:ref